UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER M. MORGAN,

Plaintiff,

-against-

DAVID HOOVLER; JOHN DOE WALKILL COURT JUDGE,

Defendants.

26-CV-8845 (KMW)

CIVIL JUDGMENT

Pursuant to the order dated November 17, 2026, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for the reasons stated in the Court's November 17, 2026 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 17, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge